IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Dirk Roberts,                          )    No. CV 10-128-TUC-RCC
                                             )
            Petitioner,                      )    **ORDER**
                                             )
vs.                                          )
                                             )
                                             )
Craig Apker,                                 )
                                             )
            Respondent.                      )
                                             )
_____          )

        Pending before the Court is Petitioner James Dirk Roberts' Petition for Writ of Habeas
Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's Motion to Dismiss (Doc. 26),
Magistrate Judge Jacqueline Marshall's Report and Recommendation (Doc. 28), and
Petitioner's Objections to the R&R (Doc. 29). After reviewing the record, the Court accepts
the R&R and denies Petitioner's Petition for Writ of Habeas Corpus, grants Respondent's
Motion to Dismiss, denies Petitioner's pending motions (Docs. 20, 21, and 22), and overrules
Petitioner's objections to the R&R (Doc. 29).

        The background in this case is thoroughly detailed in the "Background" section of
Magistrate Judge Marshall's R&R. This Court fully incorporates by reference the
Background of the R&R into this Order.

        A district court must review the legal analysis in a Magistrate Judge's Report and
Recommendation *de novo*. *See* 28 U.S.C. § 636(b)(1)(C). In addition, a district court must

review the factual analysis in the Report and Recommendation *de novo* for those facts to which objections are filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made"). "Failure to object to a magistrate judge's recommendation waives all objections to the judge's findings of fact." *Jones v. Wood*, 207 F.3d 557, 562 n. 2 (9th Cir.2000).

Having reviewed *de novo* the Report and Recommendation of Judge Marshall in light of Petitioner's Objection, the Court finds that the Magistrate Judge correctly determined that the Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241 should be denied as moot and even if considered on the merits, do not warrant relief. Therefore,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 28) is accepted and adopted by the court.

**IT IS FURTHER ORDERED** that the Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **denied**, Respondent's Motion to Dismiss (Doc. 26) is **granted**, and Petitioner's pending motions (Docs. 20, 21, and 22) are **denied**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

DATED this 10th day of August, 2011.

Raner C. Collins
United States District Judge